IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBIN ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUSQVARNA PROFESSIONAL PRODUCTS INC.,<br><br>Defendant. | Case No. 3:24-CV-896-FDW-SCR<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Plaintiff Robin Allen hereby moves for entry of an Order granting Preliminary Approval of a Proposed Settlement in this matter. This motion is based on the concurrently filed memorandum, the supporting Declaration of Joel D. Smith, and all accompanying exhibits.

Plaintiff respectfully asks the Court to: (1) grant Preliminary Approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class; (3) appoint Plaintiff as Class Representative and the law firms of Smith Krivoshey, PC and Milberg as Class Counsel; (4) appoint RG/2 as the settlement administrator and approve the notice program; and (5) schedule a Final Approval Hearing

Dated: July 28, 2025

Respectfully submitted,

  /s/ Joel D. Smith
    Joel D. Smith

**SMITH KRIVOSHEY, PC**
Joel D. Smith (pro hac vice)
867 Boylston Street,
5th Floor, Ste. 1520

1

Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (pro hac vice)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John Hunter Bryson
900 W. Morgan St.
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
Email: hbryson@milberg.com

*Attorneys for Plaintif*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record.

                                                         /s/ Joel D. Smith
                                                              Joel D. Smith