# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ROBIN ALLEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>HUSQVARNA PROFESSIONAL PRODUCTS INC.,<br><br>                Defendant. | Case No. 3:24-CV-896-FDW-SCR<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Robin Allen hereby moves this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiff and Husqvarna Professional Products Inc. ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiff as Class Representative;

4. Finally approve the appointment of Smith Krivoshey, PC and Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

5. Grant Plaintiff's Motion for Attorney's Fees, Expenses, and Service Awards filed on November 17, 2025 (ECF No. 44).

This Motion is based upon: 1) this Motion; 2) the Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; 3) the Settlement Agreement; 4) the Preliminary Approval Order (ECF No. 43); 5) the [Proposed] Final Approval Order and

1

Judgment; 6) the records, pleadings, and papers filed in this action; and 7) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on February 2, 2026.

For the reasons described in Plaintiff's memorandum of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Dated: January 5, 2026

Respectfully submitted,

  /s/ *Yeremey O. Krivoshey*
    Yeremey O. Krivoshey

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (pro hac vice)
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (pro hac vice)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
John Hunter Bryson
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (630) 796-0903
Email: HBryson@brysonpllc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record.

    /s/ *Yeremey O. Krivoshey*
Yeremey O. Krivoshey

1

Case 3:24-cv-00896-SCR-UMJ    Document 45    Filed 01/05/26    Page 3 of 3